UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY MCNAIR,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>N.Y.C.D.O.C.S. COMM. JOHN/JANE DOE, et al.,<br><br>　　　　　　Defendants. | No. 17-CV-6186 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　　The parties shall confer and inform the Court no later than September 29, 2021 of the status of the action.  Failure to do so could result in dismissal of this case, without prejudice, for failure to prosecute.  See Fed. R. Civ. P. 41(b).  The Clerk of the Court shall mail a copy of this order to Mr. McNair at 2070 Seventh Ave #5S, New York, NY 10027.

**SO ORDERED.**

Dated:　　September 24, 2021
　　　　　　New York, New York

_____
　　　LORETTA A. PRESKA
　　　Senior United States District Judge