UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY MCNAIR,

              Plaintiff,

-against-

N.Y.C.D.O.C.S. COMM. JOHN/JANE DOE, et al.,

              Defendants.

No. 17-CV-6186 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court ordered the parties to inform the Court no later than September 29 of the status of the action, and the Court warned that failure to do so could result in this case being dismissed for failure to prosecute. (See dkt. no. 18.) Nothing was ever filed. In fact, Mr. McNair has not filed anything in this matter for more than three years, and he does not appear to have made any efforts to serve the defendants. Accordingly, this case is dismissed without prejudice for failure to prosecute. See FED. R. CIV. P. 41(b). The Clerk of the Court shall (1) close this case and deny all pending motions as moot and (2) mail a copy of this order to Mr. McNair.

**SO ORDERED.**

Dated:    September 30, 2021
           New York, New York

                                      *Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge